# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2491
_____

DOMONIC DAISEE ROBINSON,

Appellant,

v.

FLORIDA FINANCIAL SERVICES,
RISK MANAGEMENT,

Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
David W. Langham, Judge.

Date of Accident: October 1, 1988.

December 19, 2023

PER CURIAM.

DISMISSED.

LEWIS, ROBERTS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Domonic Daisee Robinson, pro se, Appellant.

No appearance for Appellee.